B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of New Hampshire

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Advantage Motorsports, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA A-1 Saw & Outdoor Power Equipment** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**02-0514931** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**33 No. Stark Highway**<br>**Weare, NH**<br>ZIP Code **03281** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hillsborough** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | **no remaining assets**<br>**secured creditor sold at auction on 12/10/2007** |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Advantage Motorsports, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Advantage Motorsports, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Steven M. Notinger**
Signature of Attorney for Debtor(s)

**Steven M. Notinger #03229**
Printed Name of Attorney for Debtor(s)

**Donchess & Notinger, P.C.**
Firm Name

**547 Amherst Street, Ste 204**
**Nashua, NH 03063**

Address

**Email: nontrustee@dntpc.com**
**603-886-7266  Fax: 603-886-7922**
Telephone Number

**June 28, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Brett Merrill**
Signature of Authorized Individual

**Brett Merrill**
Printed Name of Authorized Individual

**Owner**
Title of Authorized Individual

**June 28, 2011**
Date

## ADVANTAGE MOTORSPORTS, LLC
### DBA A-1 Saw & Outdoor Power Equipment
### Unanimous Written Consent

The undersigned, being the sole member and manager of the company hereby adopt the following resolutions:

Resoltuion 1: That in the judgment of the sole member and manager of this company it is desirable and for the best interests of the company, its creditors and other interested parties, that a petition pursuant to Chapter 7 of the Bankruptcy Code, 11 U.S.C. §101 et seq. be filed by this company.

Resoltuion 2: That the sole member and manager of the Company, be and hereby is authorized and empowered, for and on behalf of this company and in its name and behalf, to execute, acknowledge, verify and deliver a petition pursuant to Chapter 7 of the Bankruptcy Code §101 et seq.; and to cause the same to be filed with the United States Bankruptcy Court for the District of New Hampshire and to file such other instruments, schedules and other papers and to take any and all other action which either or both, so acting, may deem necessary or proper in connection with said proceedings.

Resoltuion 3: That Steven M. Notinger, Esquire, of the law firm of Donchess & Notinger, P.C., 547 Amherst Street, Nashua, New Hampshire, 03063, be, and he hereby is, retained as counsel to represent this company in the matter of the aforementioned proceedings and with respect to all proceedings pursuant to the Bankruptcy Code.

Dated: 6/26/11

Brett D. Merrill
Sole Member

# United States Bankruptcy Court
**District of New Hampshire**

In re **Advantage Motorsports, LLC**  
Debtor(s)

Case No.  
Chapter **7**

## STATEMENT OF PARENT AND PUBLIC COMPANIES

Pursuant to Local Bankruptcy Rule 1074-1 and Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Advantage Motorsports, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

Date

/s/ Steven M. Notinger  
**Steven M. Notinger #03229**  
Signature of Attorney or Litigant  
Counsel for **Advantage Motorsports, LLC**  
**Donchess & Notinger, P.C.**  
**547 Amherst Street, Ste 204**  
**Nashua, NH 03063**  
**603-886-7266 Fax:603-886-7922**  
**nontrustee@dntpc.com**

AirGas East
c/o D&S, LTD
13809 Research Blvd., Ste 800
Austin, TX 78750

Airgas East
17 Northwestern Drive
Salem, NH 03079

American Express Business Blue
PO Box 360001
Fort Lauderdale, FL 33336-0001

American Hardware Mutual Insurance
PO Box 182155
471 East Broad Street
Columbus, OH 43215-3861

BAM Shades
PO Box 51
Lincoln, MA 01773

Cagiva USA Incorporated
2300 Maryland Road
Willow Grove, PA 19090

Capital One
c/o Allied Interstate, Inc.
PO Box 361774
Columbus, OH 43236

Capital One Bank (USA), N.A.
PO Box 70884
Charlotte, NC 28272-0884

CBCS 16
PO Box 164090
Columbus, OH 43216-4090

Chase Cardmember Service
PO box 15153
Wilmington, DE 19886-5153

Citibank (South Dakota) N.A.
701 E 60st Street N
Sioux Falls, SD 57104

Clarendon National Insurance Co.
Cardinal Comp. LLC
PO Box 526
Albany, NY 12201-0526

Connell, Inc.
dba WJ Connell
125 Constitution Blvd
Franklin, MA 02038

Discover Card
Po bOX 71084
Charlotte, NC 28272-1084

Discover Preferred
PO Box 1243
Charlotte, NC 28201-1243

Diversified Adjustment Service, Inc.
PO Box 32145
Minneapolis, MN 55432-0145

Eagle Publications, Inc.
PO Box 829
White River Junction, VT 05001

EiPrinting
200 Riverside Ind. Pkwy
Portland, ME 04103

FIA Card Services
PO Box 15971
Wilmington, DE 19850-5971

Finger Lake System Chemistry
418-424 St. Paul Street
Rochester, NY 14605-1797

First Penn-Pacific Life Insurance Compan
PO Box 5927
Carol Stream, IL 60197-5927

Focus Receivables Management, LlC
PO Box 725069
Atlanta, GA 31139-2069

Frost Farm
122 Rockingham Road
Derry, NH 03038

GE Commercial Distribution Finance
c/o Daniel C. Proctor, Esq.
PO Box 3544
Concord, NH 03302-3544

GETAMOTORCYCLE.COM, INC.
1 Sundial Avenue, Ste 210
Manchester, NH 03103

Granite State Telephone
c/o CBCS
PO Box 165025
432165025

Grantie Quill Publishers Alliance, Inc.
246 Main Street
PO Box 1190
Hillsborough, NH 03244-1190

Heartland Payments Systems
Passport Customer Care
1437 Youngstown Center HWY 62
Jeffersonville, IN 47130

Idearc Media
c/o Focus Receivables Management
1130 Northchase Parkway, Ste 150
Marietta, GA 30067

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Interstate Batteries
29 Rollstone St.
Fitchburg, MA 01420

JM Protective Services, LLC
c/o James, Stevens & Daniels
1283 College Park Drive
Dover, DE 19904-8713

Jolin & Associates Graphic Advertising
165 Henniker St
Hillsborough, NH 03244

Joseph, Mann & Creed
PO Box 22253
Beachwood, OH 44122-0253

KPM Exceptional, LLC
926 US Highway 46
PO Box N
Kenvil, NJ 07847-1013

Marshall Distributing, Inc.
PO Box 113
Cass City, MI 48726-0113

Mercantile Adjustment Bureau, LLC
6390 Main Street
Buffalo, NY 14221

Merrill & Sons Truck & Coach
33 B & B Lane
Weare, NH 03281

MTD Independent Retail Group
PO Box 73417-N
Cleveland, OH 44193-0457

MTS Associates
561 Route 3A
Bow, NH 03304

MVP Enterprises, Inc.
PO Box 1779
Russellville, AR 72811

NEBS
PO Box 88042
Chicago, IL 60680-1042

Neighborhood News
1662 Elm Street, Ste 100
Manchester, NH 03101-1231

NH Snowmobile Association
614 Laconia Road, Unit 4
Tilton, NH 03276

Northern Tool & Equipment
1850 Banks Road
Fort Mill, SC 29715

Northland Group, Inc.
PO Box 390905
Minneapolis, MN 55439

O'Neill Associates
PO Box 587
Fishers, NY 14453

Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Original Tractor CAB Co., Inc.
A Div of Morgan Francis Flagpoles
PO box 97
Arlington, IN 46104

Parts Associates
12420 Plaza Drive
Cleveland, OH 44130

PC Authority
1354 Elm Street
Manchester, NH 03101

PSNH
PO Box 638
Manchester, NH 03105

Radiac Abrasives, Inc.
PO Box 503941
Saint Louis, MO 63150-3941

Reliable Office Supplies
1590 1st Ave
Ottawa, IL 61350-4823

Rotary Corporation
PO Box 930216
Atlanta, GA 31193

Safety Kleen Systems
5360 Legacy Drive
Building 2, Ste 100
Plano, TX 75024

Safety Kleen Systems, Inc.
c/o McCarthy, Burgess & Wolff
The MB&W Building
26000 Cannon Road
Bedford, OH 44146

Safety-Kleen
PO Box 382066
Pittsburgh, PA 15250-8066

SimplexGrinnell
Dept CH 10320
Palatine, IL 60055-0320

Snap-On Business Solutions
23756 Network Place
Chicago, IL 60673

Snapper
A Division of Simplicity Mfg., Inc.
535 Macon Road
McDonough, GA 30253-3529

Southern Auto Sales, Inc.
161 South Main East
East Windsor, CT 06088

Staples Credit Plan
PO Box 689020
Des Moines, IA 50368-9020

Talking Phone Book
c/o Mercantile Adjustment Bureau, LLC
PO Box 9016
Buffalo, NY 14231-9016

Textron Financial
c/o Jay M. Niederman
Niederman, Stanzel & Lindsey
55 West Webster Street
Manchester, NH 03104

The NH Weekly Contender
58 West Main St
PO Box 1768
Hillsborough, NH 03244

Timberland Machines & Irrigation, Inc.
PO Box 845467
Boston, MA 02284-5467

Timberwolf Manufacturing Corp.
126 Spruce Street
Rutland, VT 05701

TJ Powersports, LLC
8730 N. Royal Lane
Irving, TX 75063

U.S. Small Business Administration
55 Pleasant Street, Room 3101
Concord, NH 03301

United States Attorney for the
District of NH - Civil Process Clerk
53 Pleasant Street
Concord, NH 03301

Verizon
PO Box 64809
Baltimore, MD 21264-4809

Verizon Wireless
POB 15041
Worcester, MA 01615-0041

Villager
PO Box 2037
147 W. Main Street
Hillsborough, NH 03244

Vox Radio Group
70 Walnut Street
Wellesley Hills, MA 02481

Wadleigh, Starr & Peters, PLLC
95 Market Street
Manchester, NH 03101

Wallace Software Design
3350 Pawtucket Avenue
Riverside, RI 02915

Waste Management of NH
PO Box 13648
Philadelphia, PA 19101-3648

Weare Police Assoc.
PO Box 19
Weare, NH 03281

Wells Fargo
Payment Remittance Center
PO Box 6426
Carol Stream, IL 60197-6426

Whites Directory of New England, Inc.
1945 Sheridan Drive
Buffalo, NY 14223

Windward Petroleum
980 North Bierdeman Road
Pearl, MS 39208

WOKQ 97.5
Citadel Broadcasting Co.
PO Box 576
Dover, NH 03821-0576

York Modern Corporation
PO Box 488
Unadilla, NY 13849